**IN the INTEREST OF: J.E.E., a Minor**

**2980 EDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–51–AP–0000747–2015, CP–51–DP–0001626–2014, FID:51–FN–470888–2009 (Philadelphia)

Affirmed

**IN the INTEREST OF: J.J.E., a Minor**

**2981 EDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–51–AP–0000748–2015, CP–51–DP–0001625–2014, FID:51–FN–470888–2009 (Philadelphia)

Affirmed

**COM.**

v.

**MILTON, C.**

**531 EDA 2017**

Superior Court of Pennsylvania.

06/22/2017

CP–51–CR–0311451–2006 (Philadelphia)

Affirmed

**COM.**

v.

**SERRANO–TORRES, J.**

**719 MDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–22–CR–0002943–2012 (Dauphin)

Affirmed

**COM.**

v.

**VELLNER, M.**

**944 MDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–49–CR–0000451–2015 (Northumberland)

Vacated/Remanded

